**In re Stanley Lorenzo WILLIAMS, Petitioner.**

No. 00–7650.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Stanley Lorenzo Williams, Petitioner pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stanley Lorenzo Williams petitions for a writ of mandamus alleging undue delay by the district court in ruling on his pending 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) petition. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. *See In re Beard*, 811 F.2d 818, 826 (4th Cir.1987). Because there has been recent significant action in the district court, including the referral to the magistrate judge of a motion for summary judgment, we find that there has been no un-

due delay, and Williams is not entitled to the relief he seeks. Accordingly, although we grant Williams' motion for leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*